# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN SHEPPARD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN RALPH KEMP and ) <br> GEORGIA DEPARTMENT OF ) <br> CORRECTIONS COMMISSIONER ) <br> BRIAN OWENS, ) <br> ) <br> Respondents. ) | Case No. CV413-274 |

## ORDER

Respondents' motion for an extension of time to respond to Sheppard's petition (doc. 7) is **GRANTED**, as is Commissioner Brian Owens' motion to intervene as a party respondent. (Doc. 10.)

**SO ORDERED** this 30th day of September 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA