IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN SHEPPARD, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-274
)
WARDEN RALPH KEMP and GEORGIA )
DEPARTMENT OF CORRECTIONS )
COMMISSIONER BRIAN OWENS, )
)
    Respondents. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 23), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2254 motion is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of January 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA